UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

AUDANI DELGADO-URIBE #A245-644-105

VERSUS

WARDEN SOUTH LOUISIANA I C E PROCESSING CENTER ET AL

CIVIL ACTION NO.  6:26-CV-01775 SEC P

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE PEREZ-MONTES

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No.1) filed by pro se Petitioner Audani Delgado-Uribe ("Delgado-Uribe"), an immigration detainee at the ICE Processing Center in Basile, Louisiana.

Delgado-Uribe is a citizen of Venezuela who has been detained since April 27, 2026.  She challenges her continued detention.  Delgado-Uribe was granted voluntary departure on June 18, 2026, and she did not appeal.[1]

To determine whether Delgado-Uribe is entitled to relief, IT IS ORDERED that she AMEND the Petition within 30 days to state the time within which she is entitled to voluntary depart before her removal order becomes final.  Delgado-Uribe should also provide the Court with a copy of the immigration judge's order.

Signed at Alexandria, Louisiana on this 4th day of August, 2026.

JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

---

[1] https://acis.eoir.justice.gov/en/caseInformation

1